**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-00113-LTB

JERRI LYNN NELSON,

       Plaintiff,

v.

SILVERMAN LAW FIRM, P.C.,

       Defendant.
_____

**ORDER**
_____

       THIS MATTER comes before the Court, <u>sua sponte</u> for review.  An Order to Show Cause was issued on February 14, 2014 giving Plaintiff up to and including February 28, 2014 to show cause why this matter should not be dismissed for failure to prosecute.  To date no response has been filed or good cause shown.  It is therefore

       ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**.

                                             BY THE COURT:


                                                s/Lewis T. Babcock
                                             Lewis T. Babcock, Judge

DATED:  March 6, 2014